1  BARRY J. PORTMAN
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  19th Floor Federal Building – Box 36106
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant ALFARO-FLORES
6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        ) No. CR 06-00305-MMC
                                      )
12 |         Plaintiff,                ) **STIPULATION AND PROPOSED**
                                      ) **ORDER CONTINUING CHANGE**
13 | vs.                               ) **OF PLEA AND TRIAL SETTING**
                                      ) **HEARING**
14 | HECTOR ANTONIO ALFARO-FLORES,    )
                                      )
15 |         Defendant.                )
   |_____)
16

17      The undersigned parties stipulate as follows:

18      1.   Defense counsel requests a continuance of the change of plea and trial setting

19           hearing date of May 10, 2006 to May 17, 2006. This is due to having a family

20           emergency and having to travel out of state to join her family.

21      2.   The government has no objection to the request for continuance.

22      3.   The parties jointly propose the date of May 17, 2006 for the Court's consideration.

23      **IT IS SO STIPULATED**.

24  Dated: May 9, 2006                          _____/S/_____
                                                ELIZABETH M. FALK
25                                              Assistant Federal Public Defender

26

Stipulation and Proposed Order                    1

Dated: May 9, 2006 _____/S/_____
NAHLA RAJAN
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

**ORDER**

For the reason stated by counsel, the hearing date in the aforementioned matter of May 10, 2006 at 2:30 p.m.. is hereby continued to May ~~17~~ 24, 2006 at 2:30 p.m.

Dated: _May 9, 2006_____

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES MAGISTRATE JUDGE

Stipulation and Proposed Order                            2